# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 4:22-CR-0021-001 |
| Richard Lucas ) | |
| ) | USM No: 16552-510 |
| Date of Original Judgment: 05/10/2023 ) | |
| Date of Previous Amended Judgment: N/A ) | Jennifer A. Curry |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2) (Amendment 821)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by Amendment 821 to the *United States Sentencing Guidelines*, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of       36       months **is reduced to**       **29 months**       .

Richard Lucas was originally sentenced on May 3, 2023, to a term of 36 months imprisonment. His imprisonment is to be followed by a three-year term of supervised release. The Court determined that his total offense level of 15 and a criminal history category of IV resulted in a guideline imprisonment range of 30 months to 37 months. At sentencing, his criminal history subtotal was 6. Two additional criminal history points were added for being under a criminal justice sentence when he committed the instant Federal offense. This resulted in 8 criminal history points which yielded a criminal history category IV.

Based on retroactive Amendment 821, Part A to the United States Sentencing Guidelines, defendants with seven (7) or more criminal history points receive one point for being under a criminal justice sentence instead of two when originally sentenced. In this case, the defendant does not receive an increase of one criminal history point pursuant to the newly created USSG §4A1.1(e), as prior to the application of this guideline, his criminal history subtotal was 6. Therefore, a total of 6 criminal history points would yield a criminal history category III. A total offense level 15 with a criminal history category III, yields an advisory sentencing range of 24 to 30 months.

The government concurs that the defendant is eligible for sentence reduction and recommends a sentence at the top of newly calculated range. This results in a new imprisonment sentence of 29 months.

Except as otherwise provided, all provisions of the judgment dated      05/10/2023      shall remain in effect.
**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date:     3/4/2024 | S/Clay D. Land |
| | *Judge's signature* |
| Effective Date: | Clay D. Land, U.S. District Judge |
| *(if different from order date)* | *Printed name and title* |